Rodriguez v 21 Herkimer Mgt., LLC (2024 NY Slip Op 04088)

Rodriguez v 21 Herkimer Mgt., LLC

2024 NY Slip Op 04088

Decided on July 31, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 31, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
HELEN VOUTSINAS
CARL J. LANDICINO, JJ.

2021-02169
 (Index No. 514041/20)

[*1]William Rafael Rodriguez, etc., appellant, 
v
21 Herkimer Management, LLC, respondent, et al., defendants.

William Rafael Rodriguez, Brooklyn, NY, appellant pro se.
Ganfer, Shore, Leeds & Zauderer LLP, New York, NY (Mark A. Berman, Matthew N. Tobias, and Jason A. Ganfer of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of fiduciary duty and to impose a constructive trust, the plaintiff appeals from an order of the Supreme Court, Kings County (Richard Velasquez, J.), dated February 11, 2021. The order denied the plaintiff's motion for leave to amend the caption and to direct nonparties Citibank, N.A., and Capital One, N.A., to preserve certain documents.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Rodriguez v 21 Herkimer Mgt., LLC , ____AD3d____ [Appellate Division Docket No. 2022-00235; decided herewith]).
IANNACCI, J.P., MALTESE, VOUTSINAS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court